UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

GUIFA ZHANG and GUI YUAN LIU,                                    Petitioner,

v.                                                    Civil Action No. 4:26-cv-349-RGJ

JASON WOOSLEY, et al.,                                          Respondents.

* * * * *

**ORDER**

Respondents have filed a status report complying with the Court's Order to Show Cause. [DE 14]. The status report confirms that Petitioners have been provided a neutral bond hearing before an immigration judge in accordance with their requested relief. [*Id.* at 133-34]. Bond was denied for both Petitioners. [DE 14-1 at 135-137]. Accordingly, and the Court being otherwise sufficiently advised,

IT IS ORDERED:

1.  The pending Petition [DE 1] is **MOOT**.

2.  All pending dates and deadlines are **VACATED**.

3.  The action is **CLOSED** and **STRICKEN** from the Court's active docket.

Rebecca Grady Jennings, District Judge
United States District Court

May 21, 2026